# BREACH OF CONTRACT NOTICE
CONFIDENTIAL- FOR SETTLEMENT PURPOSES ONLY

[CERTIFIED MAIL 11.01.2021]

AMERICAN AIRLINES [AMR Corporation]
4333 Amon Carter Boulevard
Fort Worth, TX 75261-9001

REFERENCE: PNR CODE DVZQVI/ AA
BAGGAGE TAG AA 5001 272 628 [SFO-ORD-CLT-IAD]
TICKET ISSUING AGENT: ALASKA AIRLINES INC.
CORPORATE SECURITY: ANTHONY GALLAGHER [ORD]
09.19.2021-09.20.2021 [BREACH OF CONTRACT Conditions of Carriage]
BREACH OF PRIVATE CONFIDENTIAL INFORMATION [Third Party]

CC. Enclosure: Wendy Ellis [AA-IAD], Majorie Powell [Senior Attorney AA]
    CENTRAL BAGGAGE CORPORATE [DFW]
    Maura Walsh USAIG Claims Attorney [ALASKA AIRLINES]


**Dear Sirs,**

Pursuant to the contract titled **"Conditions of Carriage"** between **American Airlines** and passenger: **[PNR DVZQVI/ AA-SFO-ORD (AA 308)-ORD-CLT (AA 2052)-CLT-IAD (AA 5336), BAILMENT CONTRACT:** Agreement to carry luggage between a passenger and an airline to final destination **IAD** between the dates of *September 19, 2021* to *September 20, 2021*] ("Agreement"), you have conducted yourself in such way that has breached this agreement due to the following actions: Failure to complete transportation of passenger to final destination **IAD** by direct interference of Corporate Security Anthony Gallagher **[ORD]**, and failure to deliver personal property **[BAGGAGE TAG: AA 5001 272 628]** including destruction and confiscation of **MEDICATION** valued at more than **$17,500.00 USD** with no legal consent or authorization from the owner of said property for the treatment of HIV Infection and part of a daily regimen . Added to this is the **ILLEGAL DISCLOSURE** of both **American Airlines** and **Alaska Airlines** of personal private information including itinerary of passenger to a *"third party"* with no legal jurisdiction as protected by the carriers **"Privacy Notice"** not to mention protected by the **"Privacy Act of 1974"** and **Amendment Four of the Constitution of the United States of America.** This constituting serious violations of **INVASION OF PRIVACY** and **ILLEGAL DISCLOSURE** punishable by laws.

While I prepare to file a lawsuit against you for the mentioned claims, it is hopeful that a mutually acceptable resolution outside of a publicly filed litigation can be achieved even considering the negligent actions and decisions taken without any legal jurisdiction by **American Airlines.**

The matters set forth herein are intended for settlement purposes only and are strictly **CONFIDENTIAL** in all respects. They may not be used for any other purpose, however may be used as evidence for any court, tribunal, or arbitration, pursuant to the *laws located in the State of California* and that concerning *Constitutional laws* governing the United States of America.

Unless the aforementioned issues are resolved, this letter formally places you on **NOTICE** of the legal requirements concerning document retention and expect **American Airlines** and all of its affiliates to honor such requirements. You have the **LEGAL** obligation to maintain and preserve any and all documents, materials, and information, in any form whatsoever that may be potentially relevant to the subject matter, or discoverable in any potential action arising from, this

breach. You will be required to disclose all information pursuant to the **Freedom of Information Act (FOIA) 5 U.S.C. § 552.**

It is in the best interest of both parties to resolve this matter as soon as possible. If there is no response by November 10, 2021, then it shall be in my right to pursue any and all available legal and equitable remedies, including, but not limited to, instituting formal Federal litigation proceedings against both **American Airlines** and **Alaska Airlines** for disclosure of private information. You are hereby reminded that due to the breach of the **"Bailment Contract"** and that concerning the **"Conditions of Carriage"**, the Bailee (AA) is liable for damage or destruction of any of the items inside **[BAG TAG AA 5001 272 628]**.

Regards,

*[signature]*

**ALEX ALFONSO SALAVERRIA CASTANEDA**
**FOR THE RECORD 21-cv-01759-TNM**

---

| American Airlines Baggage - OHD I… |  |  |
|---|---|---|

> On Oct 28, 2021, at 12:48 PM, LostAndFound, CBRO <CBRO.LostAndFound@aa.com> wrote:
>
> Mr. Salaverria –
>
> I hope this email finds you well.
>
> We have property that may belong to you in our baggage warehouse in Dallas. We've received a request to expedite your bag to either LGA or JFK for you to retrieve from the airport. Please advise which airport you prefer, and I can send the bag there. I must also inform you that we had to remove items per our policy. One item was confiscated by DFW Department of Public Safety and the liquids were disposed of by our Dangerous Goods department.
>
> Please reply to this email with which airport you'd like your bag sent and we'll get that process underway.
>
> Thank you.
>
> -meagan
>
> Meagan Strong
> Program Manager
> Baggage Service Office Policies & Procedures
> Baggage Warehouse & Lost/Found