**[CASES: 21-cv-02940, 21-cv-02949 DISTRICT OF COLUMBIA]**
**[CASES: 21-cv-09254, 21-cv-09272 SOUTHERN DISTRICT OF NEW YORK]**

***DISCLOSURE OF INTENTIONAL INFLICTION OF HARM TO PLAINTIFF ALEX ALFONSO SALAVERRIA***
***LEGAL TEAM, RESCUE TEAM UNDER ILLEGAL SURVEILLANCE, RACKETEERING ENTERPRISE, AND THREATS TO ACQUAINTANCES OF PLAINTIFF SALAVERRIA: [EMANUELE NIGRO, JOANN DIAZ DE MORALES, JEFFREY JAMES MUMAUGH, CORINNE PURDY.]***

***BY A PREMEDITATED PLAN TO DISCLOSE PRIVATE INFORMATION TO CARRIER ALASKA AIRLINES GROUP, AND THIRD PARTY LAW ENFORCEMENT IN THE STATE OF CALIFORNIA.  THERE WAS A PLAN TO ARREST PLAINTIFF ALEX ALFONSO SALAVERRIA ON BOGUS CHARGES, AND THEN PROCEED TO MURDER PLAINTIFF UNDER INSTRUCTIONS OF GOVERNOR GAVIN NEWSOM. This under direct involvement of LEGAL TEAM making direct threats into either 1.) PROSECUTING 2.) DEATH THREATS 3.) ILLEGAL SEIZURE OF MONETARY FUNDS INTENDED FOR PLAINTIFF SALAVERRIA to all mentioned persons herein.***

Under **POLITICAL MOTIVES** that involve the orders of the **Office of the Governor of California Gavin Newsom** and Mr. Newsom himself, he has been the perpetrator of such negligent behavior involving several Law Enforcement Agencies: **LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES POLICE DEPARTMENT, [USDHS AGENTS: LEGAL TEAM, RESCUE TEAM, SECURITY TEAM, SPECIALTY TEAM.].** Mr. Newsom was as well involved with communication with Vice President Harris, and Jean Manes: **EMBASSY OF THE UNITED STATES Protocol San Salvador. PLAINTIFF SALAVERRIA** was a bit concerned why Ms. Manes had not responded accordingly to his pleas, as she promotes the image of fighting "corruption" at her post in El Salvador while being involved in a serious case of **PREMEDITATED MURDER** of **PLAINTIFF SALAVERRIA** which has been duly informed during all instances.  While her role is to upkeep the image of the **UNITED STATES OF AMERICA**, her role as a service Diplomatic Ambassador, as those concerning Vice President Harris, and that concerning Governor Newsom is to uphold the **RULE OF LAW OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA.**

If such communication has occurred which has been confirmed all OFFICIALS would be involved in **RACKETEERING ENTERPRISE 42 U.S.C. SECTION 1961 (a),** including other participants including all Law Enforcement, and person(s) mentioned herein which in turn become **ACCOMPLICES** to such CRIMINAL ACT(S).  Because such acts involve **GRAND LARCENY, ILLEGAL SEIZURE OF PRIVATE PROPERTY, PREMEDITATED ATTEMPT TO INFLICT HARM ON PLAINTIFF,** this would suffice to

**FURTHER ADDITIONAL COMPENSATORY DAMAGES TO PLAINTIFF** other than CRIMINAL CHARGES for all INVOLVED in such BARBARIC, INHUMANE ACTS, against a LONG TERM HIV/ AIDS SURVIVOR.  The fact these acts constitute BETRAYAL to PLAINTIFF SALAVERRIA from what he considered "CLOSE FRIENDS" he is willing to release responsibility on those person(s) close to him, only if FULL PROSECUTION OF CRIMINAL BEHAVIOR is placed on the **ORIGINAL PERPETRATOR(S)** that in this case would be POLITICIANS for mere personal gains.  It is hereby informed these acts have left **PLAINTIFF SALAVERRIA** in serious **ECONOMICAL CONSTRAINT** with the PURPOSE of leaving him on the STREETS as a PREMEDITATED PLAN so then LEGAL TEAM or RESCUE TEAM could **INFLICT HARM** and/ or even **MURDER** under the instructions of high level **POLITICIAN(S)** which he will not name, but may be assessed under *"Common Sense"*.

**Mr. Jeffrey James Mumaugh** is to be left aside from any responsibility, and must be kept safe at all times.  In what refers to the rest of the named individuals they will have to explain to these **FEDERAL COURT(S)** their involvement, and reason, directing to whom and why they agreed to such **INHUMANE, BARBARIC,** not to mention RIDICULOUS categorization of a **"TERRORIST"** in order to conduct continuous **ILLEGAL SURVEILLANCE** and for what exact reason.  **The Freedom of Information Act (FOIA)** proceeds to disclose these reasons, and the correction of such defamation against **PLAINTIFF SALAVERRIA. PLAINTIFF will consider to present a law suit against the STATE OF CALIFORNIA for compensation damages of [$1,000,000,000.00 USD] against ALL DEFENDANT(S) for such CATEGORIZATION of PLAINTIFF, and if anything were to happen to Mr. Mumaugh, it will be three times the amount which will be donated to charities as chosen by PLAINTIFF. PLAINTIFF is aware of Mr. Newsom trying to reopen a case that was CLOSED and therefore may never be prosecuted for the same crime as this would constitute DOUBLE JEOPARDY, other than ILLEGAL PROSECUTION in the first place due to the nature of the information obtained falls under "The Fruit of the Poisonous Tree Doctrine". Under no circumstances is anybody allowed to ask application of bogus charges on PLAINTIFF when it is fact everyone else who has disclosed INFORMATION ILLEGALLY without consent, and in certain cases under CONTRACT.**

*[signature]*

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**
**11.12.2021**