FOR THE RECORD:
CASE: 21-cv-01759 TNM DISTRICT OF COLUMBIA
CASE: 21-cv-09254 SOUTHERN DISTRICT OF NEW YORK

## CASE 21-cv-09272
SALAVERRIA vs. AMERICAN AIRLINES / ALASKA AIRLINES
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
JUDGE SWAYNE
500 PEARL STREET
NEW YORK, NY 10007

## LETTER OF EXTENSION

01.20.2022

**Honorable Judge Swayne,**

On **January 20, 2022** I was finally able to communicate with the PRO SE intake unit of the many reasons I have been unable to communicate with this District Court, and further implications regarding the involvement of **[DEFENDANT´S]** in **CASE: 21-cv-01759 TNM** and **CASE: 21-cv-09254** acting in a premeditated manner attempting against **ALEX ALFONSO SALAVERRIA** on multiple occasions in the States of California, Oregon, and Washington between September through December 2021. This scenario involving numerous law enforcement agencies acting in an illegal and oppressive behavior confirms not only the illegal surveillance of **DEFENDANTS** in **[SALAVERRIA vs. USA]** which would constitute **OBSTRUCTION OF JUSTICE, f**urthermore would now confirm **RACKETEERING ENTERPRISE** penalized under **Title 42 U.S.C. Section 1961 (a) (b) RICO ACT.**

The intake unit did mention the document requesting to proceed in ***FORMA PAUPERIS*** was never received by this Honorable court. However, I did submit this paperwork when filing this case with this Honorable District Court. In addition, court documents that have been returned that were mailed to: **14357 Lanning Drive Whittier, CA. 90604** confirms the involvement of the owner of the residence **JoAnn Diaz de Morales** with the **Los Angeles Sheriff's Department** in a premeditated manner with the purpose of delaying the court cases that have been presented both in the District of Columbia and the Southern District of New York. I have confirmed emails intended to a Federal Court have been either diverted or tampered with by unidentified agents acting an a premeditated illegal manner.

In addition to the statement made above, my life was in fact attempted against once again in the *City of San Francisco, CA*. on two separate occasions: November 24 and November 26, 2021. Subsequently in a similar scenario an attempt was made in the State of Washington starting in the City of Tacoma, WA. when numerous vehicles following **PLAINTIFF SALAVERRIA** that spawned all the way to the City of Bend, OR. on December 7, 2021. Reports were made with the **Washington State Police** and the **City of Bend Police Department** on that date. In addition numerous calls were made to 911 and all these calls must be kept on record according to the rule of law. I would not be surprised that the evidence concerning these recordings have been tampered with or destroyed in a similar scenario to

many other circumstances involving corrupt law enforcement in the State of California. PLAINTIFF SALAVERRIA will ask this District Court a ¨**LEAVE TO AMEND**¨ **CASE: 21-cv-09254** to add additional events that have not been mentioned in this complaint but now involve the **San Francisco Police Department, Tacoma Police Department**, among other *law enforcement agencies in the State of Oregon*.  All electronic devices including IPads and several communication devices were in fact tampered and destroyed by authorities in the City of San Francisco on November 26, 2021 leaving PLAINTIFF SALAVERRIA without the ability to communicate with the intent of not being able to respond to the respective Federal Courts in a timely manner.  In addition PLAINTIFF SALAVERRIA was detained against his will at Stanford Healthcare in Palo Alto, CA. for a period of five days before being released and is in the process of presenting a Federal Complaint against this healthcare facility for wrongful diagnosis and due to the fact that he has since lost his private health insurance due to the circumstances involving this scenario.

The owner of the residence where PLAINTIFF SALAVERRIA lived for over a decade since January 2011, is property of Joann Diaz de Morales who is a former English teacher from 6th grade from the private school Escuela Americana in San Salvador, El Salvador.  Even though the owner of this residence has not followed a legal eviction procedure, she has illegally returned mail intended for PLAINTIFF SALAVERRIA delaying all sorts of responses to these cases and respective Federal Courts in the District of Columbia and Southern District of New York.  In addition the owner of the residence has disregarded the fact any person with a disability or in the case of PLAINTIFF SALAVERRIA *"a long term HIV-AIDS Survivor¨* **is in fact protected from eviction by the State of California during the COVID 19 Pandemic, and therefore any action from Mrs. Joann Diaz de Morales is illegal and disregards the rule of law**.  Since September 14, 2021 **PLAINTIFF SALAVERRIA has not had a stable residence and is in the process of finding a permanent place to live in due to the circumstances at hand.  Because PLAINTIFF SALAVERRIA is aware of the direct involvement of JoAnn Diaz de Morales in conjunction with the neighbors of 14357 Lanning Drive Whittier, CA 90604, he left over $250,000.00 worth of personal property and antiques at this place of residence and the owner will respond to any missing property as established by law by violating procedures set in place that must be respected.  His will allow Mrs. Diaz de Morales testify under oath in a Federal Court and further explain her involvement.**

**Due to the circumstances out of his control, PLAINTIFF SALAVERRIA asks this Honorable Court grant to proceed in FORMA PAUPERIS, and grant the EXTENSION to proceed to present the necessary paperwork to proceed with all cases in the Southern District of New York.**

**Best Regards,**

*[signature]*

**ALEX ALFONSO SALAVERRIA**
**A095-139-271**