UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA,<br><br>                              Plaintiff,<br><br>-against-<br><br>AMERICAN AIRLINES INC.; ALASKA AIRLINES GROUP,<br><br>                              Defendants. | 21-CV-9272 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 9, 2021, the Court directed Plaintiff, within thirty days, to either pay the $402.00 in filing fees or submit an *in forma pauperis* (IFP) application. On January 24, 2022, the Court received from Plaintiff a letter in which he asserts that he submitted an IFP application with his complaint, but he also suggests that his paperwork may have been diverted by unidentified persons.

The Court has confirmed that Plaintiff did not submit an IFP application with his complaint. Therefore, the Court directs Plaintiff to pay the $402.00 in fees or submit the attached IFP application within thirty days of the date of this order. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be take in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 26, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge