UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA,<br><br>                    Plaintiff,<br><br>      -against-<br><br>AMERICAN AIRLINES INC.; ALASKA AIRLINES GROUP,<br><br>                    Defendants. | 21-CV-9272 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 25, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge